Dana Escoffier, Plaintiff-Appellant,
against
Sokolski & Zekaria, Defendant-Respondent.



Plaintiff appeals from an order of the Small Claims Part of the Civil Court of the City of New York, New York County (John J. Kelley, J.), entered August 10, 2017, which granted defendant's motion to dismiss the action.




Per Curiam.
Order (John J. Kelley, J.), entered August 10, 2017, affirmed, without costs.
This small claims action is barred by the doctrine of res judicata. Plaintiff's action arose out of the same set of circumstances as his prior action against defendant which was dismissed by Supreme Court on statute of limitations grounds, and "once a claim is brought to a final conclusion, all other claims arising out of the same transaction or series of transactions are barred, even if based upon different theories or if seeking a different remedy" (O'Brien v City of Syracuse, 54 NY2d 353, 357 [1981]; Carol v Madison Plaza Apts. Corp., 137 AD3d 453 [2016]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: December 17, 2018